PETERS, J.
 

 The defendants in these consolidated workers’ compensation cases, McDonald’s of Pineville and Louisiana Restaurant Association Self-Insurers Fund, appealed the judgment of the workers’ compensation judge rendered in favor of the Central Louisiana Ambulatory Surgical Center (CLASC). CLASC answered the appeal, seeking additional attorney fees for work performed on appeal. After both sides complied with this court’s briefing schedule, but prior to oral argument, the defendants filed a motion to dismiss their appeals. This court granted their motion to dismiss, but reserved unto CLASC its claim for attorney fees. The attorney fee issue is the only issue before us on appeal.
 

 A plaintiff who successfully defends a judgment on appeal is entitled to additional attorney fees upon request.
 
 Matt v. Agro Distribution, LLC,
 
 05-291 (La.App. 1 Cir. 6/1/05), 904 So.2d 928. CLASC was successful in that regard despite the fact that this court was precluded from ruling
 
 *735
 
 on the merits of the underlying dispute because of the defendants’ dismissal of their appeal. Accordingly, we award CLASC $5,000.00 in attorney fees for work performed on appeal.
 

 CONCLUSION
 

 For the foregoing reasons, we render judgment in favor of Central Louisiana Ambulatory Surgical Center and against McDonald’s of Pineville and Louisiana Restaurant Association Self-Insurers Fund in the amount of $5,000.00, said award representing attorney fees for work performed on appeal by its counsel. We assess all costs of this appeal to McDonald’s of Pineville and Louisiana Restaurant Association Self-Insurers Fund.
 

 JUDGMENT RENDERED.